UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-60118-CR-RUIZ

UNITED STATES OF AMERICA

vs.

BLAKE KELLY,

Defendant.

_____/

### FACTUAL PROFFER

Defendant BLAKE KELLY ("the Defendant" or "KELLY"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts, which are all true, beyond a reasonable doubt:

From in or around December 2019, and continuing through in or around March 2020, in Broward County, in the Southern District of Florida, and elsewhere, this defendant conspired with his co-defendant, TERRONCE MORRIS and others, to defraud victim J.R. and others, by using, among other things, interstate mailings and wires, in violation of Title 18, United States Code, Section 1349. They did this by mainly lying about purported fake concert series involving real, famous music recording artists, J.B., P.M, and B.E.

In or around December 2019, J.R.'s business associate introduced him to MORRIS and KELLY via emails, text messages, and telephone calls. In those text messages, emails, and telephone calls, MORRIS claimed that he had extensive experience in securing music recording artists for stadium concerts, and that he had an existing professional relationship with J.B., who was a famous music recording artist. In those communications, KELLY claimed that he was intimate friends with J.B. and that, based on his close relationship, he and MORRIS could secure

J.B. to contract with MORRIS and J.R. to headline and perform at a live musical concert series in 2020.

In or around December 2019, MORRIS convinced J.R. to partner with him to purportedly produce a music festival series featuring J.B. and J.B.'s music recording artist friends. MORRIS and KELLY falsely represented to J.R. that J.B.'s recording artist "friends" would join J.B. on separate nights of the festival, which was initially supposed to span three evenings. In or around December 2019, TERRONCE MORRIS and BLAKE KELLY falsely represented to J.R. that, based on their close relationship with J.B., J.B. would reduce his fee for the series.

In or around December 2019, MORRIS and KELLY falsely stated to J.R. that J.B had agreed to perform at the concert series, and that he would also help secure other famous music recording artists to perform with him at the live stadium concert series. MORRIS told J.R. that in exchange for J.R. providing the funds to pay J.B. and the other performing artists, as well as well as the funds for other costs associated with producing the concert series, MORRIS and J.R. would split all ticket, merchandise, and concession profits from the concert series. On or about December 18, 2019, J.R. received a teleconference "Facetime" call from KELLY and someone that purported to be J.B. The teleconference call was purportedly to help ease any concerns J.R. had regarding the commitment of J.B. to participate in the concert series. KELLY introduced J.R. to the purported J.B. as the investor behind the concert series. The fake J.B. was actually an associate of KELLY who the Defendants used to trick J.R. into thinking that the actual J.B. agreed to perform in the concert series.

On or about December 19, 2019, MORRIS emailed J.R. a false and fraudulent contract for the concert series that contained MORRIS' electronic signature, as well as the forged

2

electronic signature of J.B. According to the false and fraudulent contract, in exchange for $800,000, J.B. agreed to perform at the concert series., and on or about December 20, 2019, following MORRIS' instructions, J.R. purchased a $200,000 cashier's check payable to J.B, and mailed the check to MORRIS' residence located in Missouri City, Texas. MORRIS falsely told J.R. that the $200,000 was a partial payment to secure J.B.'s performance at the concert series. The $200,000 check, drawn upon an account in the name of Company 2 and payable to J.B., was subsequently endorsed by MORRIS and fraudulently deposited into MORRIS' personal checking account.

In or around February 2020, MORRIS told J.R. that MORRIS had prior experience with stadium concerts at the Alamodome in San Antonio, Texas. MORRIS convinced J.R. that J.B. would approve this venue because it was large and could seat 70,000. MORRIS and J.R. agreed that because the venue was much larger than the original stadium, the series should be reduced from three performances to two, and that J.B.'s compensation should be increased from $800,000 to $1,000,000.On or about February 14, 2020, MORRIS emailed J.R. a false and fraudulent contract for the concert series that contained MORRIS' electronic signature, as well as the forged electronic signature of J.B. According to the false and fraudulent contract, in exchange for $1,000,000, J.B. agreed to perform at the concert series for two shows at the Alamodome, San Antonio, Texas. In his email to J.R., which MORRIS also sent to KELLY, MORRIS wrote, "Signed Contract ....It's Showtime Fellas!!!!!"

In or around February 2020, MORRIS falsely stated to J.R. that J.B had secured P.M. and B.E. to perform at the concert series, and that P.M. and B.E. each agreed to perform for a $500,000 fee, and on or about February 26, 2020, MORRIS prepared an email from a false J.B. account with a subject line, "Here you go T and Blakey," and forwarded the email to another

3

email account that MORRIS controlled. Along with the email, MORRIS attached a false and fraudulent contract for the concert series that contained MORRIS' electronic signature, as well as the forged electronic signature of B.E. According to the false and fraudulent contract, in exchange for $500,000, B.E. agreed to perform at the concert series for one show at the Alamodome, San Antonio, Texas.

On or about March 2, 2020, MORRIS forwarded to J.R. the February 26, 2020 email MORRIS had created, with the attached false and fraudulent B.E. contract. In the forwarded email to J.R., MORRIS wrote, "Its [sic] just [B.E.] contract in the email forward from JB like you asked me     You want me to send Post?" On or about March 2, 2020, MORRIS emailed J.R. a false and fraudulent contract for the concert series that contained MORRIS' electronic signature, as well as the forged electronic signature of P.M. According to the false and fraudulent contract, in exchange for $500,000, P.M. agreed to perform at the concert series for one show at the Alamodome, San Antonio, Texas.

From in or around February 2020, and continuing through in or around March 2020, based on MORRIS's and KELLY's false and fraudulent representations concerning the concert series, J.R., Company 1, and Company 2 sent MORRIS and his co-conspirators three bank wires in the amount of $150,000, $500,000, and $500,000. MORRIS and KELLY falsely represented to J.R. on several occasions that the money sent by J.R., Company 1, and Company 2 to MORRIS and his co-conspirators was specifically for securing the performances of J.B., B.E., and P.M.at the concert series. Of the $1,350,000 that J.R., Company 1, and Company 2 transferred to MORRIS and his co-conspirators for the purported performance fees of J.B., B.E., and P.M., MORRIS transferred approximately $237,000 to KELLY. KELLY spent all the funds he received from MORRIS on personal expenses, including approximately $21,000 on travel and

4

luxury lodging, approximately $44,000 in cash, and approximately $102,000 on food and luxury retail purchases. MORRIS likewise spent the funds that he received from J.R. on himself, including approximately $390,000 on travel and luxury lodging, and he withdrew approximately $260,000 in cash.

During in relation to the conspiracy mentioned above, as alleged in the indictment, this defendant knowingly transferred, possessed, and used victim J.B.'s means of identification without lawful authority.

The Parties agree that the above facts, which do not include all the facts known to the Government or Defendant, are sufficient to prove the guilt of the Defendant with respect to Count 1 ~ ahd Count 5. ℞ J?G BR

Date: 1/9/24          By:

MARKENZY LAPOINTE
UNITED SATATES ATTORNEY

ROGER CRUZ
ASSISTANT UNITED SATES ATTORNEY

Date: 1/9/24          By:

JEAN-PIERRE GILBERT
COUNSEL FOR DEFENDANT

Date: 1/9/24          By:

BLAKE KELLY
DEFENDANT